IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 23-cv-00525-CNS-KLM | Date: July 11, 2023 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| EARL FENNER JR.<br>**Plaintiff** | *Steven Murray* |
| v. | |
| UNITED STATES GYPSUM COMPANY<br>L&W SUPPLY<br>**Defendants** | *Shanthi Gaur*<br>*Michael Bell*<br>*Rebecca Lindell* |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 2:59 p.m.

Appearance of counsel. Also present is Brett Nerad, in-house counsel for United States Gypsum Company.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[19] Defendant United States Gypsum Company's Motion to Dismiss Plaintiff's First Amended Complaint for Improper Venue Pursuant to Fed.R.Civ.P.12(B)(3) or, in the Alternative to Transfer Venue Pursuant to 28 U.S.C. § 1404 is DENIED.**

Argument as to [23] Defendant L&W Supply Corporation's Federal Rule 12(b)(6) Motion to Dismiss Plaintiff's Sixth Claim for Relief by Mr. Bell and Mr. Murray with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** [23] **Defendant L&W Supply Corporation's Federal Rule 12(b)(6) Motion to Dismiss Plaintiff's Sixth Claim for Relief is GRANTED. Claim is dismissed with prejudice.**

[49] **Defendant L&W Supply Corporation's Motion for Sanctions is DENIED.**

Discussion held on discovery.

Discussion held on the plaintiff's fees regarding response to [49] Defendant L&W Supply Corporation's Motion for Sanctions.

Discussion held on deposition locations.

**ORDERED:   Settlement conference with the magistrate judge is authorized.**

Court in Recess:  3:37 a.m.            Hearing concluded.            Total time in Court:  00:38