# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00525-CNS-KAS

EARL FENNER JR.,

    Plaintiff,

v.

UNITED STATES GYPSUM COMPANY, *a Delaware Corporation*,

    Defendant.

## UNITED STATES GYPSUM COMPANY'S MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS

Defendant United States Gypsum Company ("Defendant"), by and through its undersigned counsel, Littler Mendelson, P.C., and pursuant to D.C.COLO.LCivR 6.1(b), hereby requests a 3-day extension of time, or until February 20, 2024, for Defendant to designate rebuttal experts pursuant to the Court's January 17, 2024 Order, Dkt. No. 107. In support thereof, Defendant states as follows:

### Certificate of Conferral

Pursuant to D.C.COLO.LCivR 7.1(a), on February 15, 2024, Defendant's counsel emailed Plaintiff's counsel, Steven L. Murray, around 9 am MST to determine Plaintiff's position regarding this Motion. As of the time of this filing, Defendant's counsel has not received a response from Plaintiff's counsel.

### Discussion

1. On January 17, 2024, the Court entered an order extending Plaintiff's affirmative expert designation deadline to January 17, 2024, and extending Defendant's rebuttal expert designation deadline to Saturday, February 17, 2024.

2. Defendant has been working diligently to comply with the January 17, 2024 deadline, but needs additional time to complete its rebuttal expert designation and respectfully requests a 3-day extension of time, or until February 20, 2024, by which to make such designation.

3. Defendant is requesting this extension in good faith and not for the purpose of delay.

4. Neither Plaintiff nor the Court will be prejudiced by the granting of this modest extension.

5. In accordance with D.C.COLO.LCivR 6.1(b), Defendant represents that this is the first extension of time it has requested with respect to this deadline for its rebuttal expert designation.

6. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for Defendant certifies that their client will be served with a copy of this Motion.

Respectfully submitted this 15th day of February, 2024.

Dated: February 15, 2023

/s/ Colette L. Kopon
Paul Bateman
pbateman@littler.com
Shanthi V. Gaur
sgaur@littler.com
Colette L. Kopon
ckopon@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:   312.372.5520
*Attorneys for Defendant United States Gypsum Company*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 15th day of February 2024, she electronically filed the foregoing ***Defendant United States Gypsum Company's Unopposed Motion for Extension of Time to Designate Rebuttal Experts*** with the Clerk of Court using the CM/ECF system and that a true and correct copy of same was served upon the below counsel via the Court's CM/ECF system:

>Steven L. Murray
>Murray Law, LLC
>3900 East Mexico Avenue, Suite 300
>Denver, CO 80210
>steven@smurraylaw.com

>>*/s/ Colette L. Kopon*
>>Colette L. Kopon