IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: 23-cv-00525-CNS-KAS | Date: November 6, 2024 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| Parties | Counsel |
|---|---|
| EARL FENNER JR. | *Steven Murray* |
| | *Andrea Sobel* |
| **Plaintiff** | |
| v. | |
| UNITED STATES GYPSUM COMPANY | *Paul Bateman* |
| | *Shanthi Gaur* |
| | *Colette Kopon* |
| **Defendant** | |

### COURTROOM MINUTES

**JURY TRIAL DAY THREE**

Court in Session: 8:38 a.m.

Jury not present.

Parties have reached a settlement.

**ORDERED: Jury fee is waived.**

**Dismissal papers to be filed within 14 days.**

Court in Recess: 8:40 a.m.   Trial concluded.   Total time in Court: 00:02

Clerk's note:   Exhibits and depositions returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.