# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00525-CNS-KAS

EARL FENNER, JR., an individual,

    Plaintiff,

    v.

UNITED STATES GYPSUM COMPANY, a Delaware corporation,

    Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Earl Fenner, Jr., and Defendant, United States Gypsum Company, through their undersigned counsel, submit this Joint Stipulation to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state as follows.

(1)    All claims and issues in this action have been resolved, and

(2)    The parties stipulate to the dismissal of this case with prejudice, with each party bearing its own fees and costs.

Respectfully Submitted on November 25, 2024.

| | |
|---|---|
| */s/ Steven L. Murray* | */s/ Shanthi V. Gaur* |
| Steven L. Murray, Esq. | Paul Bateman |
| MURRAY LAW, LLC | Shanthi V. Gaur |
| 3900 E. Mexico Avenue Suite 300 | Colette L. Kopon |
| Denver, Colorado 80210 | |
| Steven@smurraylaw.com | LITTLER MENDELSON, P.C. |
| 303-396-9952 | 321 North Clark Street, Suite 1100 |
| | Chicago, IL 60654 |
| Andrea F. Sobel, Esq. | 312-372-5520 |
| SOBEL LAW | pbateman@littler.com |
| 9457 S. University Blvd. #831 | sgaur@littler.com |
| Littleton, Colorado 80126 | ckopon@littler.com |
| Andrea@Sobel.Law | *Attorneys for Defendant* |
| 720-727-7665 | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

      The undersigned certifies a true and correct copy of the above STIPULATED TO DISMISS WITH PREJUDICE was served to all counsel for the parties listed below via the Court's ECF filing service on November 25, 2024 and Plaintiff's counsel will forward this pleading to Plaintiff via email.

Paul Bateman
Shanthi V. Gaur
Colette L. Kopon
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
pbateman@littler.com
sgaur@littler.com
ckopon@littler.com
*Counsel for Defendant*


Steven L. Murray
Andrea F. Sobel
*Counsel for Plaintiff*

Earl Fenner, Jr., via Plaintiff Counsel's email

*/s/ Andrea F. Sobel*
Andrea F. Sobel