```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3    Civil Action No. 23-cv-00525-CNS-KAS

 4

 5     EARL FENNER JR.,                              Pages 492-494

 6            Plaintiff,

 7            vs.

 8     UNITED STATES GYPSUM COMPANY,

 9            Defendant.

10    ----------------------------------------------------------------

11                         REPORTER'S TRANSCRIPT
                            Jury Trial - Day 3
12
      ----------------------------------------------------------------
13
       Proceedings before the HONORABLE CHARLOTTE N. SWEENEY, Judge,
14    United States District Court for the District of Colorado, and
       a jury of nine, commencing on the 6th day of November, 2024,
15        in Courtroom A-702, United States Courthouse, Denver,
                                 Colorado.
16
                                APPEARANCES
17
      For the Plaintiff:
18    STEVEN LEE MURRAY, Murray Law LLC, 3900 Mexico Ave., Ste. 300,
      Denver, CO 80210
19    ANDREA F. SOBEL, Sobel Law, 9457 South University Blvd., Ste.
      831, Littleton, CO 80126
20
      For the Defendant:
21    SHANTHI V. GAUR and COLETTE L. KOPON and PAUL E. BATEMAN,
      Littler Mendelson, PC, 321 North Clark St., Ste. 1000,
22    Chicago, IL 60654

23

24

25       Sarah K. Mitchell, RPR, CRR, 901 19th Street, Room A252,
                     Denver, CO 80294, 303-335-2108
                Proceedings reported by mechanical stenography;
                    transcription produced via computer.
```

```
        23-cv-00525-CNS-KAS   Jury Trial - Day 3      11/06/2024    493
 1              *          *          *          *          *
 2         (The proceedings commenced at 8:38 a.m.)
 3              THE COURT:  Good morning.  Let's have a seat.  Let me
 4   just give you a check-in on timing.  Plaintiff is at about
 5   seven hours.  Defendant's at 3:15, I believe, Ms. Dynes?
 6   She'll correct me if I'm wrong in a minute.  So we've figured
 7   based on what we have in this week, you each get around
 8   12 hours.  So you've got about five hours left, Mr. Murray.
 9   So just think about that as you're getting through these next
10   witnesses.
11              MR. MURRAY:  We have good news.  We've resolved this
12   case.
13              THE COURT:  Oh, excellent news.
14              MR. MURRAY:  So obviously we don't discuss the terms,
15   but we're going to have just a handwritten document that we're
16   going to sign before everyone gets on a plane.  And we have
17   one remaining issue is the issue of a jury fee.  Is that
18   something that's still assessed?
19              THE COURT:  No.
20              MR. MURRAY:  Okay.
21              THE COURT:  I can waive that.
22              MR. MURRAY:  All right.
23              THE COURT:  I'm happy to do that.  I'm glad to hear
24   that.
25              MR. MURRAY:  Thank you.

                          Sarah K. Mitchell, RPR, CRR
```

23-cv-00525-CNS-KAS   Jury Trial - Day 3   11/06/2024   494

1            THE COURT:  So thank you all for doing that.  Did
2    that happen this morning or last --
3            MS. GAUR:  Yes.
4            THE COURT:  Oh, perfect.  Excellent.  I know our
5    jurors had a drive in this morning.  One of them has been
6    driving for about two and a half hours, so maybe she can go to
7    breakfast and then get back on her way.  So all right.  Is
8    there anything else you need from me then?
9            MR. MURRAY:  No.  I guess 14 days to file the papers.
10           THE COURT:  That's perfectly appropriate.
11           MR. MURRAY:  Okay.
12           THE COURT:  And congratulations to you both for doing
13   that.  I think that was the right call in this case.  Wish it
14   had been done earlier, but better late than never.
15           MR. MURRAY:  Thank you.
16           MS. GAUR:  Thank you.
17           THE COURT:  We'll be in recess.
18       (The proceedings were concluded at 8:40 a.m.)
19
20
21
22
23
24
25

                        Sarah K. Mitchell, RPR, CRR

1  REPORTER'S CERTIFICATE

2

3       I, SARAH K. MITCHELL, Official Court Reporter for the

4  United States District Court for the District of Colorado, a

5  Registered Professional Reporter and Certified Realtime

6  Reporter, do hereby certify that I reported by machine

7  shorthand the proceedings contained herein at the time and

8  place aforementioned and that the foregoing pages constitute a

9  full, true and correct transcript.

10         Dated this 25th day of February, 2025.

11

12

13

14           /s/ Sarah K. Mitchell

15           SARAH K. MITCHELL
             Official Court Reporter
16           Registered Professional Reporter
             Certified Realtime Reporter
17

18

19

20

21

22

23

24

25

           Sarah K. Mitchell, RPR, CRR